# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Raydon Corporation )   ASBCA Nos. 60311, 60321
)
Under Contract No. W900KK-09-D-0501 )

APPEARANCES FOR THE APPELLANT:     Lars E. Anderson, Esq.
                                    Sally Ann Hostetler, Esq.
                                    Jonathan D. Frieden, Esq.
                                      Odin Feldman Pittleman PC
                                      Reston, VA

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
                                      Army Chief Trial Attorney
                                    Evan C. Williams, Esq.
                                    Dana J. Chase, Esq.
                                      Trial Attorneys

## ORDER OF DISMISSAL

The appeals have been settled by the parties. Accordingly, they are dismissed from the Board's docket with prejudice.

Dated: 13 November 2017

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60311 and 60321, Appeals of Raydon Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals